**E-Filed 7/27/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLARUS TRANSPHASE SCIENTIFIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> Q-RAY, INC., et al., <br><br> Defendants. | Case Number C 06-03450 <br><br> ORDER[1] GRANTING MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION <br><br> [re: docket no. 19] |

    Defendants Q-ray Inc., QT, Inc., Bio-Ray, Inc., Bio-Metal, Inc., Que Te Park, and Jung Joo Park (collectively "Defendants") move to continue the hearing date on Plaintiff Clarus Transphase Scientific Inc.'s motion for a preliminary injunction. Presently, Plaintiff's motion for a preliminary injunction is scheduled for hearing on August 11, 2006, the same day as Defendants' motion to dismiss for lack of personal jurisdiction or, alternatively, to transfer venue is scheduled for hearing. Plaintiff opposes the motion to continue the hearing date. However, if the Court does move the hearing date, Plaintiff requests that the Court also continue the hearing date for the motion to dismiss in order to allow Plaintiff to conduct discovery on the issue of

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-03450
ORDER GRANTING MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
(JFLC1)

1 jurisdiction. The Court has considered this matter without oral argument, pursuant to Civil Local
2 Rule 7-1(b).
3      In the interest of judicial efficiency, the question of whether the Court has personal
4 jurisdiction over some or all of the Defendants is a preliminary decision that should be made
5 prior to deciding the motion for a preliminary injunction. Accordingly, the Court will grant the
6 instant motion to continue the hearing date on Plaintiff's motion for a preliminary injunction.
7 The Court will reschedule the hearing date for this motion to September 8, 2006 at 9:00 a.m.
8      The Court will not grant Plaintiff's request to continue the date of Defendants' motion to
9 dismiss or to transfer. However, the Court will grant Plaintiff's request to conduct discovery on
10 the issue of jurisdiction. Discovery as to jurisdiction may begin immediately, and counsel are
11 directed to cooperate in order that both sides may prepare adequately for the August 11, 2006
12 hearing. The parties may submit supplemental briefing with respect to Defendants' motion to
13 dismiss or to transfer not to exceed fifteen (15) pages and not later than 5:00 pm on Wednesday,
14 August 9, 2006.
15      IT IS SO ORDERED.
16
17 DATED: July 27, 2006

                                          _____
                                          JEREMY FOGEL
                                          United States District Judge

Case No. C 06-03450
ORDER GRANTING MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION
(JFLC1)

1  This Order has been served upon the following persons:

2  John C. Gorman             jgorman@gormanmiller.com

3  Craig Alan Hansen          chansen@gormanmiller.com

4  Michael J. Hoisington      mhoisington@higgslaw.com,

5  Ross Kimbarovsky           rossk@uhlaw.com

6  Charles F. Reidelbach, Jr. reidelbach@higgslaw.com,

7  Phillip Samouris           samouris@higgslaw.com, moklestadn@higgslaw.com

8  Richard Henry Tilghman, IV rhtilghman@uhlaw.com

3

Case No. C 06-03450
ORDER GRANTING MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
(JFLC1)