**\*E-FILED 7/31/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLARUS TRANSPHASE SCIENTIFIC, INC., | NO. C 06-03450 JF (RS) |
| Plaintiff, | **ORDER RE JURISDICTIONAL DISCOVERY PROCEEDINGS** |
| v. | |
| Q-RAY, INC., et al., | |
| Defendants. | |

On July 27, 2006, the presiding judge in this action issued an order continuing the hearing on plaintiff's motion for a preliminary injunction and providing, among other things that, "[d]iscovery as to jurisdiction may begin immediately, and counsel are directed to cooperate in order that both sides may prepare adequately for the August 11, 2006 hearing." The order further permits the parties to submit supplemental briefing to the presiding judge (presumably limited to matters uncovered in the jurisdictional discovery) no later than 5:00 p.m. on August 9, 2006.

Defendants subsequently have propounded various discovery requests. Plaintiff contends that the presiding judge's order was intended only to permit *plaintiff* to conduct discovery on jurisdictional issues. The presiding judge has referred this dispute to the undersigned. The parties have submitted letter briefs which, in view of the time constraints, will be accepted in lieu of formal motion papers under Local Civil Rules 6-3 and 7.

The Court finds that under the circumstances and under the presiding judge's July 27th order, it is appropriate for *either* side to conduct discovery, so long as the discovery is limited to issues

bearing directly on the question of whether there is a basis to assert personal jurisdiction over defendants in this forum. While it would be premature to rule specifically as to whether all of the discovery propounded by defendants to date satisfies that requirement, defendants have articulated what appears to be a reasonable basis for seeking at least some of the categories of information in their requests.

Defendants, however, appear also to be seeking some information that bears not on the question of whether there is personal jurisdiction over them in California, but on issues related to their alternative request for a convenience-based transfer of this action. The presiding judge's July 27th order continuing the preliminary injunction hearing reflects a recognition that the question of personal jurisdiction "is a preliminary decision that should be made prior to deciding the motion for a preliminary injunction." Order at 2:3-4. Without jurisdiction, an injunction cannot properly issue. In contrast, a motion to transfer venue "for convenience" under 28 U.S.C. § 1404 is not based on the original court's lack of *jurisdiction*, but on other factors, and the pendency of such a motion would not preclude entry of a preliminary injunction.

The presiding judge's July 27th order specifically authorized discovery "as to jurisdiction." Matters relating solely to defendants' alternative request for a transfer under 28 U.S.C. § 1404 are not within the scope of that order. With that guidance in mind, and with the understanding that either side may propound discovery on jurisdictional issues, the parties are directed to engage in further meet and confer discussions as to any disputes that may remain with respect to any of the specific discovery requests that defendants have propounded.

Should further Court intervention be required, the parties shall seek relief through motions filed in conformance with Civil Local Rules 6-3 and 7. The parties are advised that Rule 6-3 does not preclude the Court from acting on a matter prior to the three day period ordinarily allotted for an

1  opposition to be filed, and that in view of the August 11, 2006 hearing date set by the presiding
2  judge, any opposition to such motions should be filed as promptly as possible.

4  IT IS SO ORDERED.
5  Dated: July 31, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER RE JURISDICTIONAL DISCOVERY PROCEEDINGS
C 06-03450 JF (RS)

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  John C. Gorman     jgorman@gormanmiller.com

3  Craig Alan Hansen     chansen@gormanmiller.com

4  Michael J. Hoisington     mhoisington@higgslaw.com,

5  Ross Kimbarovsky     rossk@uhlaw.com

6  Charles F. Reidelbach, Jr.     reidelbach@higgslaw.com,

7  Phillip Samouris     samouris@higgslaw.com, moklestadn@higgslaw.com

8  Richard Henry Tilghman , IV     rhtilghman@uhlaw.com

10  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

12  **Dated: 7/31/06**                                              **Chambers of Judge Richard Seeborg**

                                                                **By:     /s/ BAK**

ORDER RE JURISDICTIONAL DISCOVERY PROCEEDINGS
C 06-03450 JF (RS)

4